IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REBECCA JANE LUDGER-HEBERT,<br><br>Plaintiff,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; and JOSEPH B. EDLOW, Director of the United States Citizenship and Immigration Services,<br><br>Defendants. | CV 26-110-M-KLD<br><br>ORDER |

Defendants filed an unopposed motion to stay. (Doc. 7). Accordingly,

IT IS ORDERED that the motion (Doc. 7) is GRANTED. The October 6, 2026 deadline to file a case management plan is VACATED. IT IS FURTHER ORDERED that the parties shall file a joint status report on or before November 12, 2026.

DATED this 21st day of September, 2026.

Kathleen L. DeSoto
United States Magistrate Judge