IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REBECCA JANE LUDGER-HEBERT,<br><br>Plaintiff,<br><br>vs.<br><br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security; and JOSEPH B. EDLOW, Director of the United States Citizenship and Immigration Services,<br><br>Defendants. | CV 26-110-M-KLD<br><br>ORDER |

Pursuant to the Court's prior order (Doc. 8), Plaintiff Rebecca Jane Ludger-Hebert has filed a notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. 9). Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is directed to close the case file.

DATED this 12th day of November, 2026.

Kathleen L. DeSoto
United States Magistrate Judge